IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM CHESTER COLE,

    Petitioner,

v.                                        3:09cv216-WS

WALTER A. MCNEIL,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 24) docketed April 1, 2010. The magistrate judge recommends that the defendant's motion to dismiss be denied. The defendant has filed no objections to the report and recommendation.

The court having considered the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 24) is ADOPTED and incorporated by reference into this order.

2. The defendant's motion to dismiss (doc. 15) is DENIED.

3. The defendant shall have June 1, 2010, to address the merits of the petitioner's claims or to assert other procedural defenses to those claims.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this \_\_\_3rd\_\_\_ day of \_\_\_May\_\_\_, 2010.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE