IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM CHESTER COLE,

    Petitioner,

v.        3:09cv216-WS

WALTER A. MCNEIL,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 24) docketed April 1, 2010. By order entered April 30, the magistrate judge granted the respondent's tardy motion for a 20-day extension of time to file objections to the magistrate judge's report and recommendation entered on the docket on April 1, 2010. While that 20-day extension has come and gone, the respondent has yet to file any objections.

The court having considered the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 24) is ADOPTED and incorporated by reference into this order.

2. The defendant's motion to dismiss (doc. 15) is DENIED.

3. The defendant shall have until June 21, 2010, to address the merits of the

petitioner's claims or to assert other procedural defenses to those claims.

    4.  The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this      25th      day of      May     , 2010.


                                s/ William Stafford
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE