IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM CHESTER COLE,

        Petitioner,

v.                                         3:09cv216-WS/MD

EDWIN G. BUSS,

        Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed April 19, 2011. See Doc. 49. The magistrate judge recommends that the respondent's motion to dismiss (doc. 46) be granted.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 49) is hereby ADOPTED and incorporated by reference into this order.

    2. The respondent's motion to dismiss (doc. 46) is GRANTED.

    3. The petitioner's petition for writ of habeas corpus and this action are DISMISSED as moot.

    4. The clerk shall enter judgment accordingly.

Page 2 of  2

DONE AND ORDERED this <u>  26th  </u> day of <u>   April   </u>, 2011.


<u>s/ William Stafford                                        </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE